

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>D-1 DARNELL BRANTLEY,<br><br>Defendant.<br>_____/ | Case: 2:21-cr-20642<br>Assigned To : Cox, Sean F.<br>Referral Judge: Altman, Kimberly G.<br>Filed: 10/19/2021<br>IND USA V BRANTLEY (LH)<br><br>Violations:<br>18 U.S.C. § 922(g)(1)<br>Forfeiture Allegations |

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**

*Felon in possession of a firearm*

18 U.S.C. § 922(g)(1)

On or about May 31, 2021, in the Eastern District of Michigan, Southern Division, the defendant, Darnell Brantley, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, one a Smith and Wesson M&P .380 semiautomatic pistol bearing serial number RCD3125, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

1

the United States of America shall be entitled to forfeit other property of defendant up to the value of the above described forfeitable property, pursuant to Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL

s/GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney


s/BENJAMIN COATS
Chief, Major Crimes Unit


s/REGINA R. MCCULLOUGH
Assistant U.S. Attorney

Dated: October 19, 2021

```
Case: 2:21-cr-20642
Assigned To : Cox, Sean F.
Referral Judge: Altman, Kimberly G.
Filed: 10/19/2021
IND USA V BRANTLEY (LH)
```

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** |
|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: *RM* |

**Case Title:** USA v.   DARNELL BRANTLEY

**County where offense occurred :** WAYNE

**Check One:**    ☒ Felony          ☐ Misdemeanor          ☐ Petty

```
____Indictment/____Information --- no prior complaint.
 ✓  Indictment/____Information --- based upon prior complaint [Case number: 21-MJ-30376    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 19, 2021
     Date

*Regina R. McCullough* (signature)

REGINA R. MCCULLOUGH
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9618
Fax:    (313) 226-2621
E-Mail address: regina.mccullough@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.